# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br> Plaintiffs, <br><br> v. <br><br> D.L. ANDERSON COMPANY, INC. and NANCY ANDERSON <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No. 09 C 6289 ) ) Judge Castillo ) ) ) ) ) |

## ORDER

This cause coming before the Court on the plaintiffs' Motion for a prove up of damages due notice having been given to the defendants D.L. Anderson Company and Nancy Anderson, entering default judgment.

**IT IS HEREBY ORDERED:**

1. A judgment is entered on behalf of the Laborers' Pension and Welfare Funds, plaintiffs in this action and against defendants D.L. Anderson Company and Nancy Anderson, in the amount of $21,283.55, which includes the following:

Outstanding Note balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,822.95

Penalties for late Note payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $721.55

Principal contributions and Union dues as reflected in Company reporting information for the period May 1, 2009 - June 30, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,867.72

Liquidated damages for May 1, 2009 - June 30, 2009 delinquencies ................ $1,132.76

Interest for the unpaid principal through January 25, 2010 .......................... $56.62

Accumulated penalties for the May and June 2009 Reports ......................... $29.87

Attorneys' fees ................................................................. $2,137.08

Costs ........................................................................... $515.00


**E N T E R E D**

 

**DATE** _____

                **U.S. DISTRICT COURT**