IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br><br> Plaintiffs, <br><br> v. <br><br> D.L. ANDERSON COMPANY, INC. and NANCY ANDERSON <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 09 C 6289 <br> ) <br> ) Judge Castillo <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF ROCCO MARCELLO

STATE OF ILLINOIS )
                 )
COUNTY OF COOK )

Rocco Marcello, being first duly sworn on oath, deposes and states as follows:

1. I am a Field Representative employed by the Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), the plaintiffs in the above referenced action. My responsibilities include oversight of the collection of amounts owed by D.L. Anderson Company, Inc. (hereinafter "D.L. Anderson" or "Company") and Nancy Anderson. This affidavit is submitted in support of the Laborers' Funds' motion for damages.

2. On or about June 2, 2009, D.L. Anderson entered into an Installment Note ("Note"), and its owner Nancy Anderson entered into Guaranty of Payment and Indemnification ("Guaranty") for that Note, which requires, *inter alia*, monthly note payments and for payment of current monthly

1

**Exhibit C**

contributions as they become due and owing to the Funds.

3.　The Note requires 18 monthly note payments to be remitted to the Funds by the 1ˢᵗ of each month in the amount of $721.53. Upon signing the Note, D.L. Anderson made a down payment of $3,153.29. Currently, the Company and Nancy Anderson owe a total of $10,822.95 on the Note.

4.　The Company and Nancy Anderson only made Note payments through September 2009. As of January 25, 2010, neither the Company or Nancy Anderson have made any subsequent Note payments. (See attached Exhibit 1).

5.　Per the terms of the Note and Guaranty, the Company and Nancy Anderson have incurred penalties in the amount of $721.55 as the result of not making timely Note payments. (See attached Exhibit 1).

6.　Also, the Company has failed to pay its contributions for the months of May and June 2009. As a result, principal contributions are owed to the Welfare, Pension, Training, LDCLMCC, MARBA, WGC, LECET, CISCO Funds and for Union dues in the amount of $5,867.72. (See attached Exhibit 2).

7.　The respective Agreements and Declarations of Trust of the Laborers' Funds, to which D.L. Anderson is bound, require payment of liquidated damages. Pursuant to those Agreements, liquidated damages are calculated at 20% of delinquent contributions. Liquidated damages are owed in the amount of $1,132.76. Interest is owed at the rate of prime plus two percent as charged by Chase Bank on all delinquent amounts owed from the date of delinquency forward. Interest has been determined for unpaid Funds' contributions in the amount of $56.62 through January 25, 2010. The Company and Nancy Anderson also owe accumulated penalties in the amount of $29.87 through January 25, 2010. (See attached Exhibit 2).

FURTHER AFFIANT SAYETH NOT.

_____
Rocco Marcello

Subscribed and sworn to before me
this 25th day of January 2010

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
EUGENIA MASHOS
Notary Public, State of Illinois
My Commission Expires 09/12/12

# PAYMENT PLAN WORKSHEET

1/25/2010

| COMPANY | D L ANDERSON CO., INC. | | CONTACT PERSON | DALE | CODE | 20120 |
|---|---|---|---|---|---|---|
| PHONE# | 815-485-0670 | | FIELD REP | RM | | |

NUMBER OF PAYMENTS: 18

PAYMENT PLAN COVERS THE MONTHS OF: 12/08 - 2/09 REMITTANCE REPORTS

| | |
|---|---|
| TOTAL WELFARE & PENSION | 14,725.22 |
| LESS 20% DOWN | 3,153.29 |
| EQUALS AMOUNT FINANCED | 11,571.93 |
| PLUS ATTORNEY COSTS | 981.25 |
| PLUS AUDIT COSTS | - |
| PLUS NOTE INTEREST | 434.36 |
| EQUALS TOTAL W & P | 12,987.54 <=====> |

| | |
|---|---|
| WELFARE PAYMENT | 421.04 |
| PENSION PAYMENT | 300.49 |
| TOTAL | 721.53 |
| # PAYMENTS | 18 |
| TOTAL W & P | 12,987.54 |

| | BEG BALANCE | PAYMENT NUMBER | PAYMENT DUE DATE | SCHEDULED PAYMENT | ACTUAL PAID | CHECK# | DATE REC'D | SCHEDULED PAYMENT | ACTUAL PAID | CHECK# | DATE REC'D | END BALANCE OWED | ENTER "1" IF LATE | 20% LATE FEE (OWED)/PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUES | 925.65 | XXXX | AT SIGNING | 925.65 | 925.65 | 1291 | 7/21/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| LDCLMCC | 105.49 | XXXX | AT SIGNING | 105.49 | 105.49 | 1291 | 7/21/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| WGC | 70.33 | XXXX | AT SIGNING | 70.33 | 70.33 | 1291 | 7/21/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| TRAIN | 258.76 | XXXX | AT SIGNING | 258.76 | 258.76 | 1291 | 7/21/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| LECET | 43.96 | XXXX | AT SIGNING | 43.96 | 43.96 | 1291 | 7/21/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| CISCO | - | XXXX | AT SIGNING | - | | | | XXXX | XXXX | XXXX | XXXX | - | | |
| CAICA | - | XXXX | AT SIGNING | - | | | | XXXX | XXXX | XXXX | XXXX | - | | |
| D.P. | 3,153.29 | XXXX | AT SIGNING | 3,153.29 | 3,153.29 | 1260 | 6/1/2009 | XXXX | XXXX | XXXX | XXXX | - | | |
| W & P | 12,987.54 | 1 | 7/1/2009 | 421.04 | 421.04 | 1291 | 7/21/2009 | 300.49 | 300.49 | 1291 | 7/21/2009 | 12,266.01 | 1 | (144.31) |
| | | 2 | 8/1/2009 | 421.04 | 421.04 | 1302 | 7/31/2009 | 300.49 | 300.49 | 1302 | 7/31/2009 | 11,544.48 | 1 | (144.31) |
| | | 3 | 9/1/2009 | 421.04 | 421.04 | 1307 | 9/2/2009 | 300.49 | 300.49 | 1307 | 9/2/2009 | 10,822.95 | 1 | (144.31) |
| | | 4 | 10/1/2009 | 421.04 | | | | 300.49 | | | | 10,822.95 | 1 | (144.31) |
| | | 5 | 11/1/2009 | 421.04 | | | | 300.49 | | | | 10,822.95 | 1 | (144.31) |
| | | 6 | 12/1/2009 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 7 | 1/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 8 | 2/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 9 | 3/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 10 | 4/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 11 | 5/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 12 | 6/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 13 | 7/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 14 | 8/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 15 | 9/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 16 | 10/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 17 | 11/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| | | 18 | 12/1/2010 | 421.04 | | | | 300.49 | | | | 10,822.95 | | - |
| TOTALS | 17,545.02 | | | 12,136.20 | 5,820.60 | | | 5,408.82 | 901.47 | | | | | (721.55) |

**Exhibit 1**

# LABORERS' PENSION & WELFARE FUNDS
## SUMMARY OF AMOUNTS OWED

1/25/2010

EMPLOYER D L ANDERSON CO., INC.                    CODE 20120

| PERIOD | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDC/LMCC | MARBA | RATE | WGC | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May-09 | 170.0 | 1,501.10 | 8.83 | 1,048.90 | 6.17 | 45.90 | 0.27 | 167.24 | 20.40 | 0.12 | | 13.60 | 0.08 | 8.50 | 0.05 | - | | 2,805.64 |
| Jun-09 | 160.0 | 1,460.80 | 9.13 | 1,339.20 | 8.37 | 64.00 | 0.40 | 154.88 | 19.20 | 0.12 | | 12.80 | 0.08 | 11.20 | 0.07 | - | | 3,062.08 |
| SUBTOTAL | 330.0 | 2,961.90 | | 2,388.10 | | 109.90 | | 322.12 | 39.60 | - | | 26.40 | | 19.70 | | - | | 5,867.72 |
| 10% PENALTIES | | | | | | | | | | | | | | | | | | 40.78 |
| 20% PENALTIES | | 592.38 | | 477.62 | | 21.98 | | 32.21 | 3.96 | - | | 2.64 | | 1.97 | | - | | 1,091.98 |
| AUDIT COSTS | | - | | - | | - | | | | | | | | | | | | - |
| ATTORNEY FEES | | - | | - | | | | | | | | | | | | | | - |
| ACCUM. PENALTIES | | | | | | | | 29.87 | | | | | | | | | | 29.87 |
| ACCUM. INT. - ABOVE AUDIT | | - | | - | | | | | | | | | | | | | | - |
| ACCUM. INT. - ABOVE REPORTS | | 30.65 | | 23.99 | | 1.09 | | | 0.41 | | | 0.28 | | 0.20 | | - | | 56.62 |
| ACCUM. INT. - LATE PAID RPTS. | | - | | - | | | | | | | | | | | | | | - |
| TOTAL DUE | | 3,584.93 | | 2,889.71 | | 132.97 | | 384.20 | 43.97 | - | | 29.32 | | 21.87 | | - | | 7,086.97 |

**Exhibit 2**