# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| **LABORERS' PENSION FUND and** | ) |
| **LABORERS' WELFARE FUND OF THE** | ) |
| **HEALTH AND WELFARE DEPARTMENT** | ) |
| **OF THE CONSTRUCTION AND GENERAL** | ) |
| **LABORERS' DISTRICT COUNCIL OF** | ) |
| **CHICAGO AND VICINITY, JAMES S.** | ) |
| **JORGENSEN,** | ) |
| **Plaintiffs,** | ) |
|  | ) **No. 09 C 6289** |
|  | ) |
| **v.** | ) **Judge Castillo** |
|  | ) |
| **D.L. ANDERSON COMPANY, INC. and** | ) |
| **NANCY ANDERSON** | ) |
|  | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF KAREN I. ENGELHARDT

STATE OF ILLINOIS    )
                                     )
COUNTY OF COOK    )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1.    I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") in the action against D.L. Anderson Company, Inc. and Nancy Anderson. This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from June 2, 2009 to the present.

2.    Through April 30, 2009, the firm billed the Laborers Funds on an hourly basis for

services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00 per hour for clerks/paralegals. In May 2009, those rates were increased to $200.00 per hour for shareholders, $175.00 per hour for associates, and $100.00 per hour for clerks/paralegals. In this cause records kept for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3.    Exhibit 1 hereto sets forth the time expended from June 2, 2009 through January 25, 2010, by the firm's attorneys and paralegals in this matter. As set forth in that Exhibit, the Laborers' Funds have incurred legal fees to my firm in this matter in the amount of $2,137.08.

4.    In addition, the Laborers Funds have incurred the following costs in the prosecution of this matter totaling $515.00, which include filing and service fees.

FURTHER AFFIANT SAYETH NOT.

_____
Karen I. Engelhardt

Subscribed and sworn to before me
this 25 day of January 2010.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Paula D. Edwards
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/16/2013

2

---

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Labrs P&W 1 |
| Refe.Selection | Include: D L Anderson |
| Slip.Transaction Dat | 6/3/2009 - 1/25/2010 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 174587<br>7/9/2009<br>Billed<br>Call w/R. Marcello | TIME<br><br>G:10138 | Angie Cowan<br>Legal Services<br>8/6/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 17.50 |
| 174606<br>7/10/2009<br>Billed<br>Call w/R. Marcello | TIME<br><br>G:10138 | Angie Cowan<br>Legal Services<br>8/6/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 174637<br>7/16/2009<br>Billed<br>Review letter from R. Marcello; left Company a<br>detailed message | TIME<br><br>G:10138 | Angie Cowan<br>Legal Services<br>8/6/2009 Labrs P&W 1<br>D L Anderson | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 174659<br>7/27/2009<br>Billed<br>Call w/R. Marcello | TIME<br><br>G:10138 | Angie Cowan<br>Legal Services<br>8/6/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 17.50 |
| 176041<br>8/20/2009<br>Billed<br>Call w/R. Marcello; review installment note | TIME<br><br>G:10178 | Angie Cowan<br>Legal Services<br>9/11/2009 Labrs P&W 1<br>D L Anderson | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 35.00 |
| 176048<br>8/21/2009<br>Billed<br>Call w/P. Wallace; letter to Company | TIME<br><br>G:10178 | Angie Cowan<br>Legal Services<br>9/11/2009 Labrs P&W 1<br>D L Anderson | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 70.00 |
| 176055<br>8/26/2009<br>Billed<br>Review fax from Company; fax to R. Marcello; call<br>w/R. Marcello and detailed message for N. Anderson | TIME<br><br>G:10178 | Angie Cowan<br>Legal Services<br>9/11/2009 Labrs P&W 1<br>D L Anderson | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 87.50 |
| 176069<br>8/31/2009<br>Billed<br>Review letter from P. Wallace | TIME<br><br>G:10178 | Angie Cowan<br>Legal Services<br>9/11/2009 Labrs P&W 1<br>D L Anderson | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 35.00 |

**Exhibit 1**

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 177328 | TIME | Angie Cowan | 0.20 | 175.00 | 35.00 |
| 9/1/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Review documents from N. Anderson; left detailed message for N. Anderson | | D L Anderson | 0.00 | | |
| 176261 | TIME | K. Engelhardt | 0.10 | 200.00 | 20.00 |
| 9/3/2009 | | Legal Services | 0.00 | C@1 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Review P. Wallace letter; conf. w/ AG | | D L Anderson | 0.00 | | |
| 177351 | TIME | Angie Cowan | 0.10 | 175.00 | 17.50 |
| 9/3/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Conf w/KIE | | D L Anderson | 0.00 | | |
| 177394 | TIME | Angie Cowan | 0.10 | 175.00 | 17.50 |
| 9/21/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Detailed message to R. Marcello | | D L Anderson | 0.00 | | |
| 177395 | TIME | Angie Cowan | 0.20 | 175.00 | 35.00 |
| 9/22/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Review reports mailed by Company; letter to R. Marcello | | D L Anderson | 0.00 | | |
| 177474 | TIME | Angie Cowan | 0.20 | 175.00 | 35.00 |
| 9/25/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Calls w/Dale Anderson | | D L Anderson | 0.00 | | |
| 177472 | TIME | Angie Cowan | 0.30 | 175.00 | 52.50 |
| 9/28/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10198 | 10/6/2009 Labrs P&W 1 | 0.00 | | |
| Emails to/from R. Marcello; call w/Dale Anderson | | D L Anderson | 0.00 | | |
| 177729 | TIME | K. Engelhardt | 0.10 | 200.00 | 20.00 |
| 10/2/2009 | | Legal Services | 0.00 | C@1 | |
| Billed | G:10219 | 11/6/2009 Labrs P&W 1 | 0.00 | | |
| Report to Trustees | | D L Anderson | 0.00 | | |
| 178801 | TIME | Angie Cowan | 4.10 | 175.00 | 717.50 |
| 10/2/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10219 | 11/6/2009 Labrs P&W 1 | 0.00 | | |
| Emails to R. Marcello; work on motion and complaint to reinstate/amend complaint; update reports | | D L Anderson | 0.00 | | |
| 178809 | TIME | Angie Cowan | 0.25 | 175.00 | 43.75 |
| 10/5/2009 | | Legal Services | 0.00 | C@2 | |
| Billed | G:10219 | 11/6/2009 Labrs P&W 1 | 0.00 | | |
| Calls w/and emails/from R. Marcello; work on motion to reinstate and enforce | | D L Anderson | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 178648<br>10/7/2009<br>Billed<br>Prepare case: summons, appearance, civil cover<br>sheet, exhibit labels and scan documents | TIME<br><br>G:10219<br> | Andre Smith<br>Legal Services<br>11/6/2009 Labrs P&W 1<br>D L Anderson | 1.00<br>0.00<br>0.00<br>0.00 | 100.00<br>C@3 | 100.00 |
| 178651<br>10/9/2009<br>Billed<br>Draft letter and prepare for service | TIME<br><br>G:10219 | Andre Smith<br>Legal Services<br>11/6/2009 Labrs P&W 1<br>D L Anderson | 0.25<br>0.00<br>0.00<br>0.00 | 100.00<br>C@3 | 25.00 |
| 178814<br>10/9/2009<br>Billed<br>Work on summons | TIME<br><br>G:10219 | Angie Cowan<br>Legal Services<br>11/6/2009 Labrs P&W 1<br>D L Anderson | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 35.00 |
| 178818<br>10/15/2009<br>Billed<br>Call w P. Ducar | TIME<br><br>G:10219 | Angie Cowan<br>Legal Services<br>11/6/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 17.50 |
| 178921<br>10/28/2009<br>Billed<br>File summons | TIME<br><br>G:10219 | Angie Cowan<br>Legal Services<br>11/6/2009 Labrs P&W 1<br>D L Anderson | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 179273<br>11/3/2009<br>Billed<br>Letter to J. Mashos | TIME<br><br>G:10260 | K. Engelhardt<br>Legal Services<br>12/4/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 179536<br>11/9/2009<br>Billed<br>Letter to Union | TIME<br><br>G:10260 | K. Engelhardt<br>Legal Services<br>12/4/2009 Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 180228<br>11/9/2009<br>Billed<br>Review order from Judge | TIME<br><br>G:10260 | Angie Cowan<br>Legal Services<br>12/4/2009 Labrs P&W 1<br>D L Anderson | 0.03<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 5.83 |
| 180229<br>11/19/2009<br>Billed<br>~~Email from KIE~~, call w/David Anderson | TIME<br><br>G:10260 | Angie Cowan<br>Legal Services<br>12/4/2009 Labrs P&W 1<br>D L Anderson | 0.20 ~~0.30~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 35.00<br>~~52.50~~ |
| 182894<br>1/11/2010<br>WIP<br>Call w/R. Marcello | TIME<br><br> | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>~~200.00~~<br>C@1 | 17.50<br>~~20.00~~ |
| 182895<br>1/21/2010<br>WIP<br>Call w/R. Marcello | TIME<br><br> | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>D L Anderson | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>~~200.00~~<br>C@1 | 17.50<br>~~20.00~~ |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | 175.00 | |
| 182896 | TIME | Angie Cowan | 3.00 | ~~200.00~~ | ~~600.00~~ 525.00 |
| 1/25/2010 | | Legal Services | 0.00 | C@1 | |
| WIP | | Labrs P&W 1 | 0.00 | | |
| Prepare motion for damages, notice of motion, affidavits, and proposed order; organize exhibits; calls w/R. Marcello | | D L Anderson | 0.00 | | |

| Grand Total | | | | 2137.08 ~~2272.08~~ |
|---|---|---|---|---|
| | Billable | 12.93 | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 12.93 | | ~~2272.08~~ 2137.08 |